UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SYEDA SANA MALIK,
                     Plaintiff,

            -against-

MERRICK B. GARLAND et al.,

                     Defendants.
------------------------------------------------------------X

22 Civ. 1686 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS on February 28, 2022, the Complaint for a Writ of Mandamus was filed. It is hereby

**ORDERED** that the Government shall, by **June 1, 2022**, file a memorandum in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **June 15, 2022**, file a reply memorandum that shall not exceed ten pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: May 3, 2022
       New York, New York

                                           LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE